Mathew Beard   ID NO. 1052281
SOUTHERN DESERT CORRECTIONAL CTN.
20825 COLD CREEK RD.
P.O. BOX 208
INDIAN SPRINGS, NV 89070

United States District Court
District of Nevada

Mathew Beard
        Plaintiff

v.

State of Nevada
        Respondant

CASE NO.: 2:22-CV-01156-RFB-BNW
DEPT. NO.: _____
DOCKET: _____

**✻ Notice of Motion ✻**

Motion informing the Courts of Clerical Error

COMES NOW, ~~Plaintiff~~, Mathew Beard, herein above respectfully moves this Honorable Court for an Order to make corrections for a harmful error

This Motion is made and based upon the accompanying Memorandum of Points and Authorities,

DATED: this 6th day of April, 2023

BY: Mathew Beard
    /s/ Mathew Beard   #1052281
    Defendant In Proper Personam

## ADDITIONAL FACTS OF THE CASE:

Comes now, Mathew Beard, notifying courts of error. On April 6, 2023 I recieved a Motion for status check on Case no. 2:22-cv-01156-RFB-BNW filed by Ammar Harris #1116547 from Eli State Prison. I am the Plaintiff of Case no. 2:22-cv-01156-RFB-BNW and have no knowledge of a Mr. Ammar Harris at Eli State Prison as I am currently housed at Southern Desert Correctional Center. This error is harmful to my case and requires redress. I ask this Honorable Court to remove this error from the record in said case.

Respectfully submitted,
Mathew Beard #1052281
SDCC P.O. Box 208
Indian Springs NV 89070

*[signature]*

## ORDER

IT IS ORDERED that ECF No. 11 is DENIED. Mr. Harris, who the Court recognizes is not the Plaintiff in this case, previously informed the Court that he was being charged for this case. The Court entered an order to fix this mistake. ECF No. 7. This does not harm the Plaintiff in any way.

IT IS SO ORDERED
DATED: 3:29 pm, April 10, 2023

*[signature]*
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Wednesday, March 15, 2023 10:47 AM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:22-cv-01156-RFB-BNW Beard v. State of Nevada Motion |

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 3/15/2023 at 10:46 AM PDT and filed on 3/15/2023

**Case Name:** Beard v. State of Nevada
**Case Number:** 2:22-cv-01156-RFB-BNW
**Filer:** Ammar Harris
**Document Number:** 7

**Docket Text:**
**MOTION** *for Status Check re financial obligation for unknown case* **by Interested Party Ammar Harris. Responses due by 3/29/2023. (Interested Party is non-party to this case for Mathew Beard v. State of Nevada. Interested Party Harris is at HDSP and Plaintiff Beard is at SDCC.) (CJS) (misc) (nondispositive)**

**2:22-cv-01156-RFB-BNW Notice has been electronically mailed to:**

HDSP Law Library    HDSP_LawLibrary@doc.nv.gov

Southern Desert Correctional Center    sdcclawlibrary@doc.nv.gov

**2:22-cv-01156-RFB-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

1

Attachment "1" cont.

Ammar Harris #1116547
High Desert State Prison

United States District Court
District of Nevada

| | |
|---|---|
| Ammar Harris, | 2:22-CV-01156-RFB-BNW |
| Plaintiff. | |
| v. | Motion for Status Check |
| Nevada Dept. of Corr., | |
| Defendants. | |

Comes Now, Plaintiff moves this Honorable Court on Motion for Status Check with Exhibit in support.

## I. Points and Authorities

1) On or about February 5th, 2023 Plaintiff noticed this case listed on his financial obligations and have no idea how that is possible.

## II. Conclusion

Plaintiff request the removal and update from the Court.

Dated this 12th day of March, 2023.

/s/ Mr. Harris

## CERTFICATE OF SERVICE BY MAILING

I, Mathew Beard, hereby certify, pursuant to NRCP 5(b), that on this 6th day of April, 2023, I mailed a true and correct copy of the foregoing, "Motion informing the Courts of Clerical Error" by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

Clerk of the Courts
200 Lewis Ave, 3rd Floor
Las Vegas, NV 89155-1160

CC:FILE

DATED: this 6th day of April, 2023.

Mathew Beard   #1052281
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding __Motion__

__Informing the Courts of Clerical Error__
(Title of Document)

filed in District Court Case number __2:22-cv-01156-RFB-BNW__

☒ Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

A. A specific state or federal law, to wit:
_____
(State specific law)

-or-

B. For the administration of a public program or for an application for a federal or state grant.

__/s/ Mathew Beard__　　　　　　　　　　__4-6-23__
Signature　　　　　　　　　　　　　　　　Date

__Mathew Beard__
Print Name

__Mr.__
Title